OPINION — AG — THE WILDLIFE CODE GOVERNS TRAPPING OF ALL WILDLIFE AND NOT JUST FURBEARING WILDLIFE. HOUSE CONCURRENT RESOLUTION NO. 1127 DOES NOT LIMIT THE SCOPE OF 29 O.S. 1976 Supp. 5-502 [29-5-502], TO ONLY FURBEARING FORMS OF WILDLIFE. CITE: 29 O.S. 1976 Supp. 2-149 [29-2-149], ARTICLE V, SECTION 34, ARTICLE VI, SECTION 11, OPINION NO. 69-200 (AMALIJA J. HODGINS)